# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Scott Malcolm, et al.,

        Plaintiffs,

v.

Lincoln Drywall, Inc., Kevin Dvorak,
individually,

        Defendants.

Civil No. 05-2491 (RHK/AJB)

**ORDER**

---

      Based upon the attached letter from Plaintiffs' counsel, it is **ORDERED** that the

above-entitled action is **DISMISSED WITH PREJUDICE**.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 2, 2006

                  s/Richard H. Kyle
                  RICHARD H. KYLE
                  United States District Judge